Case 1:24-cv-00049   Document 13   Filed on 10/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SYLVIA OJEDA,<br>　　Plaintiff,<br><br>v.<br><br>CHEDDAR'S CASUAL CAFÉ, INC.,<br>　　Defendant. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:24-cv-049<br>§<br>§<br>§ |

## ORDER ON STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

　　On October 1, 2025, this Court received "Joint Stipulation of Dismissal with Prejudice." Dkt. No. 12. Both Plaintiff Sylvia Ojeda and Defendant Cheddar's Casual Café signed the filing. Dkt. No. 12, p. 2.

　　The Parties request "all of Plaintiff's claims, actions, and causes of action asserted against Defendant be dismissed in their entirety with prejudice." Dkt. No. 12, p. 1. The Parties represent that "each side is to bear its own costs and attorney's fees." *Id*.

　　Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action against any defendant without a court order if there is a stipulation of dismissal signed by all parties. *See Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344-45 (5th Cir. 2020) (*en banc*).

　　Accordingly, all claims made in this case are **DISMISSED** with prejudice. As agreed, each party shall bear their own costs and fees related to this litigation.

　　The Clerk of Court is **DIRECTED** to close this case.

Signed on October 3, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Betancourt*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Karen Betancourt
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge